Richard I. Nemeroff, #13966
THE NEMEROFF LAW FIRM
5532 Lillehammer Lane, Ste. 100
Park City, UT  84098
Tel:  435-602-4470
Fax:  435-602-4471
E-mail:  ricknemeroff@nemerofflaw.com

Attorneys for Plaintiffs

---

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF UTAH

| | |
|---|---|
| LISA S. PEEL, Individually and as Personal Representative of the Estate of EUGENE SUDWEEKS, deceased, and THOMAS EUGENE SUDWEEKS, as heirs of EUGENE SUDWEEKS, <br><br> *Plaintiff(s)* <br> v. <br><br> HAMILTON MATERIALS, INC., et al., <br><br><br> *Defendant(s)* | **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Civil No.   2:20-cv-00629-CMR <br><br><br> Magistrate Judge Cecilia M. Romero |

Plaintiffs and their counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss without prejudice all causes of action in the Complaint against Murco Wall Products, Inc., with each party to bear their own attorney fees and costs.  Plaintiffs' claims and causes of action against all other parties in this matter are reserved.

DATED this 9th day of November 2020.


_____/s/ Barrett Naman_____
Barrett Naman

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct of the foregoing instrument was served upon all

known counsel of record via electronic filing service on this 9th day of November 2020.


_____/s/ Barrett Naman_____
Barrett Naman